IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARY HAMPTON                                                                                              PLAINTIFF

V.                                           NO. 2:09cv00058 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 15th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE